UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: JUDGE JANE A. RESTANI

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                              )<br>                          Plaintiff,    )<br>                                                              )<br>            v.                                            )     Court No. 97-07-01181<br>                                                              )<br>KABIR AHMED,                                 )<br>                                                              )<br>                          Defendant.  )<br> | |

### ORDER

Upon reading Plaintiff's Status Report on Behalf of Parties Regarding Settlement Discussions and Unopposed Motion for Continuance of Stay of Further Proceedings; upon consideration of other papers and proceedings had herein; and upon due deliberation, it is hereby

ORDERED that the stay of further proceedings ordered by this Court in its Order dated April 10, 2001, shall continue to allow the parties to consummate settlement of this matter, and it is further

ORDERED that the parties will promptly advise the Court if, prior to September 30, 2002, it appears that a stay of proceedings is no longer justified and that the matter should be set for trial.

Dated: New York, New York                /S/     Jane A. Restani
       This 9th day of Mar., 2002                 Judge

*Ordered*
This matter is dismissed, subject to reinstatement if settlement is not consummated.

## NOTICE OF ENTRY AND SERVICE

This is a notice that an order or judgment was entered in the docket of this action, and was served upon the parties on the date shown below.

Service was made by depositing a copy of this order or judgment, together with any papers required by USCIT Rule 79(c), in a securely closed endorsed penalty cover in a United States mail receptacle at One Federal Plaza, New York, New York 10007 and addressed to the attorney of record for each party at the address on the official docket in this action, except that service upon the United States was made by personally delivering a copy to the Attorney-In-Charge, International Trade Field Office, Civil Division, United States Department of Justice, 26 Federal Plaza, New York, New York 10278 or to a clerical employee designated, by the Attorney-In-Charge in a writing filed with the clerk of the court.

Leo M. Gordon
Clerk of the Court

Date: 3-13-02

By: _____
Deputy Clerk